IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| TERRY KENNINGTON, <br><br> Plaintiff, <br> v. <br><br> JACOB J. LEW, Secretary of the Department of the Treasury, <br><br> Defendant. | ORDER AND MEMORANDUM DECISION RESTRICTING THE FILING OF ADDITIONAL MOTIONS <br><br> Case No. 1:10-cv-184 RJS <br><br> District Judge Robert J. Shelby <br><br> Magistrate Judge Brooke Wells |

Plaintiff has filed numerous motions with the court, many of which are pending.[1] Some of these filings appear to be more appropriately characterized as a response rather than a new motion.[2] To help resolve the issues in this case in a timely manner and to preserve the resources of both the court and the parties,[3] the court HEREBY ORDERS that Plaintiff is not to file any other motions until the pending motions are decided.[4] Should Plaintiff fail to abide by this order all future motions filed by Plaintiff are to be lodged in the court file, but not entered until the court renders a decision on the pending motions before it.

---

[1] Docket no. 89, 108, 112, 115, and 116.

[2] *See e.g.,* Motion to Strike Memorandum in Opposition to Motion, docket no. 116.

[3] *See e.g., Federated Service Ins. Co. v. Martinez*, 529 Fed.Appx. 954 (10th Cir. 2013) (reminding the parties of their "weighty responsibility" in safeguarding court resources); *Robbins v. Chronister*, 402 F.3d 1047, 1051-52 (10th Cir. 2005) (noting Congress's concern with the "serious drain on federal court resources"); *U.S. v. Sinclair*, 109 F.3d 1527, 1528 (10th Cir. 1997) (noting the discretion of the trial court in preserving court resources).

[4] If necessary Mr. Kennington may file a response to the Government's filings, but such responses may not take the form of a motion.

IT IS SO ORDERED.

DATED this 24 October 2014.

_____
Brooke C. Wells
United States Magistrate Judge